UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

JEFFERSON JOHNSON LETANG and
ANNETTE MARIE LETANG,

NO. 15-32738
CHAPTER 13

Debtors.

JUDGE A. BENJAMIN GOLDGAR

## REPAYMENT ORDER WITH PROVISION
## FOR STAY RELIEF UPON DEFAULT

THIS CAUSE coming on to be heard on the motion of WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES, its successors and/or assigns, for relief from the automatic stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**

1.  Movant must receive the following payments by the corresponding dates:

    - $296.91 on or before the last day of each respective month *plus* the January, February, March, April and May regular contract payments, on or before their due dates; *and* the sum of $299.94 on or before the last day of June *plus* the June 2016 regular payment on or before its due date.

    (These payments represent a remaining post-petition default of $1,799.48 through December 2015.)

2.  Movant must receive the payments listed in ¶1 on or before the corresponding dates. If movant fails to receive any one scheduled payment, the repayment schedule is void and the stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns, as to a certain 2009 Audi Q7 motor vehicle, V.I.N. WA1AV74L49D011120, *fourteen (14)* calendar days after mailing notification to the Debtors, the Debtors' attorney, and the trustee unless during that period the Debtors shall tender funds to bring the loan current.

*Page Two/Repayment Order with Provisions for Stay Relief Upon Default/LETANG 15-32738*

     3.  Upon completion of the repayment schedule in ¶1 or tender of funds to bring the loan post-petition current under ¶2, the Debtors must continue to make contract payments directly to Creditor, continuing monthly, until the balance has been paid in full.

     4.  Thereafter, if the Debtors fail to make two contract payments to Creditor, thereby rendering the Debtors two months in default under the contract, the stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents successors and/or assigns, as to a certain 2009 Audi Q7 motor vehicle, V.I.N. WA1AV74L49D011120, *fourteen (14)* calendar days after mailing notification to the Debtors, the Debtors' attorney, and the trustee, unless during that period the Debtors shall tender funds to bring the loan current.

ENTER:

_____
BANKRUPTCY JUDGE

     1 6 DEC 2015

DATED: _____

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES, its successors and/or assigns